UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
         -v-                                            :         24-CR-202 (JMF)
:
VINCENT MACHADO,                                                   :         <u>ORDER</u>
:
         Defendant.                                       :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      At sentencing, the Court is required to consider "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6). To that end, the Government shall submit with its sentencing submission in this case a chart — similar to the one it submitted in *United States v. Johnson*, 24-CR-135 (JMF), ECF No. 23-2 — showing all sentences imposed in the NYCHA bribery cases brought in this District (and, if necessary, shall update the chart immediately before sentencing to reflect any sentences imposed after its submission). In addition to the information set forth in the chart in *Johnson*, the Government shall include in the chart(s) the following information for each listed case: (1) the amount in bribes that each defendant received; (2) the value of the contracts awarded in connection with those bribes; (3) the Government's recommended or requested sentence; (4) the defendant's recommended or requested sentence; and (5) the Probation Department's recommended sentence.

      SO ORDERED.

Dated: September 6, 2024
       New York, New York                                       _____
                                                               JESSE M. FURMAN
                                                           United States District Judge