

**HOROWITZ
TECH LAW P.C.**

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

ADMITTED TO NY, NJ & CA BARS

January 15, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street – Courtroom 1105
New York, NY 10007

*Application GRANTED. Counsel is reminded requests of this nature should be filed as a Letter Motion, not an ordinary Motion. The Clerk of Court is directed to terminate Doc. #32. SO ORDERED.*

*[signature]*
*January 15, 2025*

Re:   <u>United States v. Vincent Machado, Docket No. 24-Cr-202</u>

Dear Judge Furman:

I represented Vincent Arcelay (Machado) in the above-captioned matter, who was sentenced by Your Honor on September 24, 2024 to a term of imprisonment of one-year-and-one-day. (ECF Dkt. No. 28). Mr. Machado is presently serving his term of imprisonment in FCI Schuykill and is scheduled to be released on October 11, 2025.

With the consent of the government, I write to respectfully request that the Court direct U.S. Pretrial Services to release Mr. Machado's passport to the custody of his mother, Belinda Arcelay. Mr. Machado surrendered his passport to Pretrial Services as a condition of his bond after his presentment on February 6, 2024.[1]

U.S. Pretrial Services Officer Karina Chin Vilefort, who supervised Mr. Machado advised me that absent a court order, she will not be able to release the passport. I am therefore respectfully requesting that Your Honor direct U.S. Pretrial Services to release Mr. Macahdo's passport to the custody of his mother, Belinda Arcelay.

I thank the Court for its consideration of this application.

Respectfully submitted,

*[signature]*

Joshua J. Horowitz

cc:   All counsel (via ECF)
U.S. Pretrial Services Officer Karina Chin Vilefort (via e-mail)

---

[1] Mr. Machado was presented under Magistrate Number 24-MJ-00461-UA-1.